

 Home   My Network   Jobs   Messaging   Notifications   Me ▾  |  For Business ▾   Try Premium f

Posts | People | Companies | Groups | Jobs | Products | Services | Events | Courses | Schools



### Eric Culberson  ⊘ • 3rd+
Dynamic Logistics Executive Leader
Houston, TX

🏢 Experience: Culberson Consulting, LLC, US Logistics Solutions, and 10 more

Message   **View full profile**

## Posts by Eric



**Eric Culberson** • 3rd+                    **＋ Follow**  ···
Dynamic Logistics Executive Leader
6mo • 🌐

Due to the abrupt decision by our private ownership group to close our doors at the same time business was surging, I am completely devastated and heartbroken for the 2000+ professionals I've had the pleasure of working with. The timing of this closure did not give me the chance to thank my team for their commitment and support to our customers and to each other. I'm proud of the team we assembled across the country and the countless hours of dedication to our customers.

If there are any employers out there looking for some outstanding talent within the industry, please consider my former teammates at US Logistics Solutions (formerly Forward Air Solutions). These are some of the most dedicated professionals I've had the pleasure of working with in my career and my heart hurts for them right now. We all deserved better, and I'm confident that everyone will be blessed with another opportunity to showcase the Excellence we strived for everyday.

Team USLS,

Thank you again for all of your efforts over the years to be the BEST!

💬❤️ 184                           44 comments • 26 reposts

👍 Like

💬 Comment

🔁 Repost

✈ Send



Add a comment...                                           😊  🖼

Most relevant ▾

**Jamie undefined** • 3rd+                              6mo  ···
--

I saw this coming,it happened at Integrity Retail Distribution and all of the customers,DSW,Barns and Noble,Journey&Journey kids,Coach to name a few went straight to Foward Air.Those customers fell into their lap I would think the company would do whatever it took to keep the customers satisfied.Had they not
...more



Like · Reply

**Robert Norris** · 3rd+    6mo  •••
Executive Leadership - Logistics - Transportation - Supply Chain - Final Mile - tr...

To all of the USLS team, this saddens me to see this come to an end, and even more so, to end like this. It is very disappointing. I know the the quality and character of the 2,000+ employees, contractors and senior leadership team. I hope that as this door closes, another one, that is better, opens. Good luck to you all.

Like · 💬❤ 12 | Reply · 1 Reply

**Linda Reeves** · 3rd+    6mo  •••
Procurement & Safety Manager | Capacity Development, Driver Recruiting

**Robert Norris** thanks Robert!

Like | Reply

**Brandy Denys** · 3rd+    6mo  •••
Senior Account Manager with a stellar work ethic. Proven results with a strong ...

It was a pleasure working with you and all my fellow employees at USLS. My hope is everyone finds a job and thrives. Your new company will be blessed to have you all.

Like · 👍 6 | Reply

**Rachel Starr** · 3rd+    6mo  •••
Human Resource & Logistics Professional

First, my deepest sympathies to all of those who worked effortlessly in ensuring that America recieved it's products! Without these dedicated and vital personnel, the world would be at a standstill, lost in time.
What we take for granted is often unforseen until the existance is no more.
I would like to extend opportunities to those who are now in need of      ...more

Like · 💬👥 4 | Reply

**Nicky Jean-Baptiste** · 3rd+    6mo  •••
--

As one of usls driver, this is a huge blow for us. This was our livelyhood. No information about our last paycheck or a severance package. This is very unfortunate.

Like · 👥 1 | Reply · 2 Replies

See previous replies

**T**  **Tiny undefined** · 3rd+    6mo  •••
--

Sue them

Like · 👍 1 | Reply

**Gie Reklaitis** · 3rd+    6mo  •••
Director of Sales @ GP Transco

Layoffs are tough :(

If you know anyone affected by this, please let them know that there are trucking companies who are still hiring:
...more

**GP Transco hiring Account Manager - Asset Based Carrier - Logistics / Transportation in United States | LinkedIn**
Posted 5:24:26 PM. Account Manager at GP TranscoAre you a dynamic professional with a passion for logistics and...See this and similar job...

Like · 👍 1 | Reply

**Byron Kelly, CLTC®.** 📊 **Financial Professional** 📈 · 3rd+    6mo  •••
Fortune 500 Wealth Strategies and Financial Services | WFG Insurance Agent | C...

As a retired military Logistics Specialist Chief, I have the capacity and passionate about helping those laid-off, furloughed, or surprised by an unexpected job loss. I recall my mother going through the same thing in her very late 40s and it caused high stress on her life.
...more



Like | Reply

**Munira Bacon** • 3rd+      5mo ••• 
Recruiter, Regional Talent Acquisition Specialist, Human Resources Professional

I am very sorry to hear of the company closing its doors. I am currently seeking candidates with Air Logistics experience in the Houston, Texas area. If you know of anyone who might be interested, please have them connect with me at munira.bacon@kuehne-nagel.com or utilize this link to see more details about the current opening: https://jobs.kuehne-     ...more

KUEHNE+NAGEL **Project Logistics Customer Excellence Specialist in Houston, TX, United States | Other at Kuehne+Nagel**
Apply for Project Logistics Customer Excellence Specialist job with Kuehne+Nagel in Houston, TX, United States. Other at Kuehne+Nagel

Like | Reply

**DENISE SLIMER** • 3rd+      6mo ••• 
--

Certainly can sympathize with all the unpaid vendors for work done to equipment to keep US Logistics trucks and trailers on the road

Like · 👍 5 | Reply

**Keith Finger** • 3rd+      (edited) 6mo ••• 
📝 Revenue Growth Strategist for Manufacturing ⚙️ • Aligning and O...

Is it true that employees aren't getting paid for the last two weeks of work due to the filing? If so, someone knew the bankruptcy was coming and decided to screw the employees in the process.
Pathetic.

Like · 👍 2 | Reply

↖ Load more comments

**Eric Culberson** • 3rd+      + Follow ••• 
Dynamic Logistics Executive Leader
9mo • 🌐

I'm happy to share that I'm starting a new position as President at US Logistics Solutions!

Starting a New Position

😀👍❤️ 106      176 comments

👍 Like

💬 Comment

🔁 Repost

✈ Send



See all posts by Eric

## Posts

From my network    Past 24 hours    Past week

**Michael Havemeyer, TRS** • 3rd+          **+ Follow**   •••
Transportation Specialist | Advising Business Leaders on Capital-Effi...
5mo • 🌐

Eric Culberson, former president of USLS, shared devastating news in a recent LinkedIn post. Culberson confirmed the closure of the company, leaving thousands of workers jobless. The private equity firm Ten Oaks Group, based in Charlotte,   ...more

**Texas logistics company with 500 truck drivers abruptly ceases operations**
freightwaves.com

👍 2                                                    2 comments

👍 Like

💬 Comment

🔁 Repost

✈ Send

**Larry Grant** • 3rd+          **+ Follow**   •••
Senior VP of Recruiting/Client Relations at Talent Solutions Group, I...
**Book an appointment**
5mo • 🌐

Another big trucking firm goes bust

Texas-based U.S. Logistics Solutions, a trucking company that mainly   ...more

👍 2

👍 Like

💬 Comment

🔁 Repost

✈ Send

**TruckersReport.com**          **+ Follow**   •••
1,856 followers
5mo • 🌐

The wide-reaching truck transportation bankruptcies do not seem to impact the abundance of CDL opportunities. Employment data shows little change despite bankruptcies.

**When Freight Carriers Fold, CDL Holders Keep on Trucking**
TruckersReport.com on LinkedIn • 2 min read



When Freight Carriers Fold, CDL Holders Keep on TruckingA Texas-based warehousing and truck trans...

👍 1

👍 Like

💬 Comment

🔁 Repost

➤ Send

See all post results

## People

( 1st ) ( 2nd ) ( 3rd+ )

**Eric Culberson** • 3rd+
Chief Financial Officer at Allparts Music Corporation
Greater Houston

Message

**Eric Culberson, CRME** ✅ • 3rd+
Vice President - Revenue Strategy and Operation at Spher...
Las Vegas, NV

Message

See all people results

## More posts

**Are these results helpful?**
Your feedback helps us improve search results

👍 👎

## Other similar profiles


**Joe Deaton** • 3rd+
Vice President, Business Development at Gateway Logistics
Dublin, OH

👥 2K followers

[ Message ]


**Marcus Lathrop** 🔗 • 3rd+
Vice President of Software Integration at S&H Systems
Dallas-Fort Worth Metroplex

👥 2K followers

[ Message ]


**Kyle Sherwood** 🔗 • 3rd+
Director of Customized Trucking - Crowley
Jacksonville, FL

👥 1K followers

[ Message ]


**Roger Gellis** • 3rd+
President, Logistics Division
Humble, TX

👥 420 followers

[ Message ]


**Maria Charping** • 3rd+
Director of Human Resources | Performance-Driver | Astute HR Leader |...
Greater Houston

👥 2K followers

[ Message ]


**Kendall Bruce** 🛡 • 3rd+
Vice President of Pricing, Analytics, & Industrial Engineering at Forward Air...
Cypress, TX

👥 891 followers

[ Message ]


**Linda Reeves** 🛡 • 3rd+
Procurement & Safety Manager | Capacity Development, Driver Recruiting
Spring, TX

👥 3K followers

[ Message ]


**Neil Tarallo** • 3rd+
Senior Vice President of Operations
Atlanta Metropolitan Area

👥 671 followers

Message