

 Home  My Network  Jobs  Messaging  Notifications  Me ▾ |  For Business ▾ Try Premium f



in

## Andrew Lovrovich · 3rd
Executive Operating Partner at Ten Oaks Group


- Ten Oaks Group


- Carnegie Mellon University - Tepper School of Business

Seattle, Washington, United States · Contact info

**500+** connections

Message     + Follow     More

## About

Andrew Lovrovich is an Executive Operating Partner at Ten Oaks Group, a family office focused on investing in corporate divestitures. Andrew is responsible for leading portfolio companies to achieve their value creation plans. Formerly, Andrew was a Partner with Ten Oaks Group, responsible for all aspects of carve-out...

## Activity
1,720 followers

**Andrew Lovrovich** reposted this • 4mo

It is our great privilege to share the CPI's State Attorney General issue with you, filled with thoughtful analysis from some of state antitrust enforcement's hea  ...show more


**Antitrust Chronicle® – State Attorneys General**
pymnts.com

😊👏 20                                              1 comment

Show all posts →

## Experience


**Ten Oaks Group**
Full-time · 3 yrs 10 mos

**Executive Operating Partner**
Jan 2024 - Present · 1 yr
Seattle, Washington, United States

**Partner - Separation and Value Creation**
Mar 2021 - Jan 2024 · 2 yrs 11 mos

 **Chief Operating Officer**
TIE Industrial · Full-time
Feb 2018 - Mar 2021 · 3 yrs 2 mos
Greater Nashville Area, TN

 **Portfolio Operations Executive**
Summit Park · Full-time
Jul 2017 - Mar 2021 · 3 yrs 9 mos

 **Mergers & Acquisitions Consultant**
West Monroe Partners
Mar 2013 - Jun 2017 · 4 yrs 4 mos
Seattle

 **Strategy & Transformation Consultant**
IBM
Jul 2010 - Mar 2013 · 2 yrs 9 mos
Greater New York City Area

Show all 7 experiences →

## Education

 **Carnegie Mellon University - Tepper School of Business**
Bachelor of Science (B.S.), Business Administration
Activities and societies: Varsity Football

## Skills

**Business Process Improvement**

 Endorsed by Kelly Weber and 1 other who is highly skilled at this

 Endorsed by 2 colleagues at West Monroe

 18 endorsements

**Business Analysis**

Endorsed by Timothy King and 2 others who are highly skilled at this

 Endorsed by 5 colleagues at West Monroe

 16 endorsements

Show all 21 skills →

## Honors & awards

**Client Service Excellence Award**
Issued by West Monroe Partners · Oct 2013

 Associated with West Monroe Partners

**Service Excellence Award**
Issued by IBM · Dec 2012

IBM Associated with IBM

Show all 3 honors & awards →

## Interests



**Companies**    Groups    Schools

**Gartner**
1,928,456 followers

＋ Follow

**Carnegie Mellon University**
317,122 followers

＋ Follow

Show all companies →

More profiles for you

**Kendall Thurlow** in · 3rd
Partner and Director of Portfolio Operations at CGF Holdings

View profile

**Philip Neuville** in · 3rd
Chief Financial Officer at Westerman, Inc. | Operating Partner at Ten Oaks Group

View profile

**Alex Ney** · 3rd
Operating Partner at Ten Oaks Group | Chief of Staff at Aegeus Group

＋ Follow

**John Moorefield** · 3rd
Operating Partner at Ten Oaks Group

View profile

**Curtis Griner** in · 3rd
Managing Partner and General Counsel at Ten Oaks Group

View profile

Show all

People you may know
From Andrew's school

**Bart Brush**
Executive Vice President - Chief Financial Officer

👤＋ Connect



**Scot Withers**
Attorney at Lamb McErlane PC - Attorneys at Law

+ Connect

**Mark P.**
Chief Operations Officer at EveryDaily

+ Connect

**Cynthia Yvonne**
Senior Manager, Family Office Services

+ Connect

**William Klingensmith**
President at Green City Glass

+ Connect

Show all

**You might like**
Pages for you

**U.S. Department of Justice**
Law Enforcement
298,209 followers

2 connections follow this page

+ Follow

**LinkedIn**
Software Development
29,320,281 followers

2 connections follow this page

+ Follow

Show all

About                          Accessibility          Talent Solutions        Questions?                        Select Language
                                                                              Visit our Help Center.
Professional Community Policies  Careers               Marketing Solutions
                                                                              Manage your account and privacy   English (English)
Privacy & Terms ▼              Ad Choices              Advertising            Go to your Settings.

Sales Solutions                Mobile                  Small Business         Recommendation transparency
                                                                              Learn more about Recommended Content.
Safety Center

LinkedIn Corporation © 2024